

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00448-CR

| | | |
|---|---|---|
| Ex parte Mark Aaron Thomas | § | From the 297th District Court of |
| | § | Tarrant County (C-297-010626- |
| | § | 1076371-A) |
| | § | December 22, 2016 |
| | § | Opinion by Justice Gabriel |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
   Justice Lee Gabriel